# United States Court of Appeals
## For the First Circuit

_____

No. 05-1412


AGRON MEHILLI; SONILA MEHILLI; XHESIKA MEHILLI; XHONATHAN
MEHILLI; SERXHI MEHILLI;

Petitioners,

v.

ALBERTO GONZALES, Attorney General of the United States,

Respondent.

_____


**ERRATA**

The opinion of this court, issued December 22, 2005, should be amended as follows:


page 11, line 19:     replace "©" with "(C)"

page 14, line 5:      replace "©" with "(C)"

page 17, line 15:     replace "BIA" with "IJ"